IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARIUS DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4980 |
| | : | |
| THE SALVATION ARMY | : | |

# ORDER

AND NOW, this 5th day of May 2023, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 39), Plaintiff's non-compliant Opposition (ECF Doc. No. 48) considered on its merits notwithstanding his three insufficient attempts to comply with our Policies as detailed in our May 1, 2023 and May 3, 2023 Orders (ECF Doc. Nos. 45, 47), and for reasons in today's accompanying Memorandum confirming no genuine issues of material fact and judgment as a matter of law given the lack of evidence of a breach of the duty of care is warranted, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 39) is **GRANTED**;

2. Defendant's Motion to preclude Dr. Ann Wolbert Burgess (ECF Doc. No. 41) is **DENIED** as moot; and,

3. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.